

**VIA ECF**

December 18, 2019

The Honorable George B. Daniels
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

<b><u>Re: Camacho v. Muhlenberg College</u></b><br>
Civil Case No.: 1:18-cv-10761

Dear Judge Daniels,

  The undersigned represents Jason Camacho, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above-referenced matter. We write jointly with Defendant Muhlenberg College ("Defendant") to advise that the parties have reached a settlement in principle. Accordingly, they respectfully request that: (1) all motions, deadlines, conferences and all other matters in this action be held in abeyance; and (2) this action be dismissed *with prejudice* with the right to re-open in thirty (30) days if the parties have not consummated the settlement agreement by that date. Defendant's Motion to Dismiss was filed on April 25, 2019 (Dkt. 32) and Plaintiff's opposition was filed on May 30, 2019 (Dkt. 42).

  We appreciate the Court's time and attention to this matter.

Respectfully yours,<br><br>
Gottlieb & Associates<br><br>
<i><u>s/ Jeffrey M. Gottlieb, Esq.</u></i><br>
Jeffrey M. Gottlieb, Esq.

cc: All counsel via ECF