UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JASON CAMACHO, *and on behalf of all other persons similarly situated*,

       Plaintiff,

 -against-

MUHLENBERG COLLEGE,

       Defendant.

------------------------------------- x

ORDER

18 Civ. 10761 (GBD)

GEORGE B. DANIELS, United States District Judge:

 This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, with prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
   December 19, 2019

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge